IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC LEE YOUNGS,
    Plaintiff,

vs.                                            Case No.:  3:20cv5419/LAC/EMT

NORTHEAST FLORIDA STATE
HOSPITAL,
    Defendant.
_____/

## O R D E R

The Chief Magistrate Judge issued a Report and Recommendation on June 2, 2020 (ECF No. 4).  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2.    The clerk of court is directed to transfer this case to the United States District Court for the Middle District of Florida and close the file.

**DONE AND ORDERED** this 30th day of June, 2020.

　　　　　　　　　　　　　　　　s/*L.A. Collier*
　　　　　　　　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**